UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IVAN BATISTA, : 17-Cv-8346 (SHS)

                 Plaintiff, :

   -against- : ORDER

ST. BARNABAS HOSPITAL and ST. :
BARNABAS HOSPITAL HEALTH SYSTEM,
                                                   :

                 Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court having been notified that his matter has settled,

       IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then.

Dated: New York, New York
         December 18, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19